IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Regina Cunningham, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Michael J. Astrue, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 0:11-1701-SB-PJG<br><br>**ORDER** |

This matter came before the Court upon the Plaintiff's request to review a final decision of the Commissioner of Social Security, which denied her request for Social Security Disability benefits. By order dated April 2, 2012, this Court reversed the Commissioner's final decision and remanded the matter for further administrative proceedings.

On June 29, 2012, the Plaintiff's attorney filed a motion for attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, seeking $4,248.00 in fees and $23.00 in costs. Plaintiff's counsel attached an affidavit to the motion itemizing the time spent on this case.

On July 16, 2012, the Defendant filed a response to the motion notifying the Court that it does not oppose paying the requested amounts. In addition, the Court has reviewed the matter and finds that the amounts sought by the Plaintiff's attorney are appropriate under the law and the circumstances of this case.

Based on the foregoing, it is hereby

**ORDERED** that the motion for costs and fees pursuant to EAJA (Entry 24) is

granted, and Plaintiff's counsel is awarded $4,248.00 in attorney's fees (23.6 hours at $180.00 per hour), plus $16.00 in expenses and $7.00 in costs. This award is a complete release from any claims the Plaintiff may have relating to EAJA fees and expenses in connection with this action.

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

July **20**, 2012
Charleston, South Carolina

